NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

**BIO-MIMETICS, INC.,**
*Plaintiff-Cross Appellant,*

v.

**COLUMBIA LABORATORIES, INC.,**
*Defendant-Appellant.*

2010-1535, -1537

Appeals from the United States District Court for the District of Massachusetts in case no. 07-CV-12389, Judge Richard G. Stearns.

---------------------------------------------

**BIO-MIMETICS, INC.,**
*Plaintiff-Appellant,*

v.

**COLUMBIA LABORATORIES, INC.,**
*Defendant-Appellee.*

2011-1062

Appeal from the United States District Court for the District of Massachusetts in case no. 07-CV-12389, Judge Richard G. Stearns.

---

## ON MOTION

---

## O R D E R

Bio-Mimetics, Inc. and Columbia Laboratories, Inc. move to dismiss their appeals.*

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

JAN 1 0 2011
Date

/s/ Jan Horbaly
Jan Horbaly

Clerk

cc: Matthew B. Lowrie, Esq.
Charles B. Klein, Esq.

s21

Issued As A Mandate: JAN 1 0 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 0 2011

JAN HORBALY
CLERK

---

* The parties request that these dismissals be with prejudice; however, it is not the practice of this court to dismiss with or without prejudice.